05/07/2009 15:29 FAX   5104658556         MCINERNEY/DILLON                    ☒001/002

1  CRAIG L. JUDSON - 114926
   SHARON M. NAGLE - 179124
2  Bold, Polisner, Maddow, Nelson & Judson
   A Professional Corporation
3  500 Ygnacio Valley Road, Suite 325
   Walnut Creek, CA 94596
4  (925) 933-7777 - telephone
   (925) 933-7804 - facsimile
5
   Attorneys for Plaintiff NORTHERN
6  STATES ELECTRIC

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 NORTHERN STATES ELECTRIC, a          )  Case No. C08-05171
   California corporation, and the UNITED )
11 STATES, for the use of NORTHERN      )  STIPULATION TO CONTINUE CASE
   STATES ELECTRIC, a California        )  MANAGEMENT CONFERENCE
12 Corporation,                         )
                                        )
13            Plaintiffs                )
                                        )
14 vs.                                  )
                                        )
15 PAGE CONSTRUCTION COMPANY, a         )
   California Corporation, ST. PAUL     )
16 TRAVELER'S, and DOES 1 through 10,   )
   inclusive.                           )
17                                      )
              Defendants                )
18 _____)

19

20       Plaintiff Northern States Electric and Defendants Page Construction Company and

21 St. Paul Traveler's, by and between their respective counsel, hereby request a continuance of

22 the Case Management Conference scheduled for May 15, 2009 before the Honorable

23 Charles R. Breyer of the United States District Court.

24       The parties ask for this continuance because defendants have only recently answered

25 the complaint. Plaintiff and defendants have begun discussions regarding the initial

BOLD, POLISNER, MADDOW,
NELSON & JUDSON
A PROFESSIONAL CORP.
SUITE 325
500 YGNACIO VALLEY ROAD
WALNUT CREEK, CA 94596
PHONE 925-933-7777
FAX 925-933-7804

NSE v. Page Construction, et al.
Case No: C08-05171

Page 1

1  disclosures and information required to be submitted in the Joint Case Management
2  Conference Statement, but have not yet completed their discussions.
3       The parties propose one of the following dates for the Case Management
4  Conference: June 12, 19, or 26, 2009.

6  Date:  May 7, 2009                    BOLD, POLISNER, MADDOW, NELSON, &
                                         JUDSON

9                                        By: _____
                                             Sharon M. Nagle
                                             Attorneys for Northern States Electric

10 Date: __S-7__, 2009                   MCINERNEY & DILLON

12                                       By: _____
13                                           LeCarie S. Whitfield
                                             Attorneys for Page Construction and
14                                           Travelers Casualty and Surety Company
                                             of America

15
                            **ORDER**
16
17 PURSUANT TO STIPULATION, the Case Management Conference set for May 15, 2009
18 is continued to _____June 19_____, 2009 at 8:30 a.m.

21 Dated: _____May 19, 2009           By: _____
                                             United States District Judge

**IT IS SO ORDERED**
Judge Charles R. Breyer
(United States District Court, Northern District of California seal)

BOLD, POLISNER, MADDOW,
NELSON & JUDSON
A PROFESSIONAL CORP.
SUITE 325
500 YGNACIO VALLEY ROAD
WALNUT CREEK, CA 94596
PHONE 925-933-7777
FAX 925-933-7804

NSE v. Page Construction, et al.
Case No: C08-05171