1  CRAIG L. JUDSON - 114926
   SHARON M. NAGLE - 179124
2  Bold, Polisner, Maddow, Nelson & Judson
   A Professional Corporation
3  500 Ygnacio Valley Road, Suite 325
   Walnut Creek, CA 94596
4  (925) 933-7777 - telephone
   (925) 933-7804 - facsimile
5
   Attorneys for Plaintiff NORTHERN
6  STATES ELECTRIC

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 NORTHERN STATES ELECTRIC, a          )   Case No. C08-05171
   California corporation, and the UNITED )
11 STATES, for the use of NORTHERN      )   STIPULATION TO CONTINUE CASE
   STATES ELECTRIC, a California        )   MANAGEMENT CONFERENCE
12 Corporation,                         )
                                        )
13          Plaintiffs                  )
                                        )
14 vs.                                  )
                                        )
15 PAGE CONSTRUCTION COMPANY, a         )
   California Corporation, ST. PAUL     )
16 TRAVELER'S, and DOES 1 through 10,   )
   inclusive.                           )
17                                      )
            Defendants                  )
18 _____)

19

20     Plaintiff Northern States Electric and Defendants Page Construction Company and

21 St. Paul Traveler's, by and between their respective counsel, hereby request a continuance of

22 the Case Management Conference scheduled for November 20, 2009 before the Honorable

23 Charles R. Breyer of the United States District Court.

24     The parties ask for this continuance because they have recently attended a mediation

25 in this case, at which the parties agreed to pursue an alternative remedy and stay the

NSE v. Page Construction, et al.
Case No: C08-05171

BOLD, POLISNER, MADDOW,
NELSON & JUDSON
A PROFESSIONAL CORP.
SUITE 325
500 YGNACIO VALLEY ROAD
WALNUT CREEK, CA 94596
PHONE 925-933-7777
FAX 925-933-7804

1  litigation before this court.  Page has agreed to file an equitable adjustment claim with the
2  United States Government on behalf of NSE and with the assistance of NSE.  It is
3  anticipated that this process could take some time and therefor the parties stipulate to
4  continue this Case Management Conference until a later date.
5      The parties propose that the Case Management Conference be taken off calendar and
6  that the parties report back to this Court at the next scheduled Case Management Conference
7  on January 15, 2010.

9  Date:   November 10, 2009                          BOLD, POLISNER, MADDOW,
                                                      NELSON, & JUDSON

12                                                    By: _____
                                                          Sharon M. Nagle
                                                          Attorneys for Northern States Electric

13  Date:  11/10, 2009                                MCINERNEY & DILLON

16                                                    By: _____
                                                          LeCarie S. Whitfield
                                                          Attorneys for Page Construction and
17                                                        Travelers Casualty and Surety Company
                                                          of America

**ORDER**

20  PURSUANT TO STIPULATION, the Case Management Conference set for November 20,
21  2009 is vacated.  The parties will appear at the Case Management conference set for January
22  15, 2010.

25  Dated:  __November 16__, 2009                     By: _____
                                                          United States District Court
                                                          Judge Charles R. Breyer

                                                          IT IS SO ORDERED

NSE v. Page Construction, et al.
Case No: C08-05171

Page  2