1  CRAIG L. JUDSON - 114926
   SHARON M. NAGLE - 179124
2  Bold, Polisner, Maddow, Nelson & Judson
   A Professional Corporation
3  500 Ygnacio Valley Road, Suite 325
   Walnut Creek, CA 94596
4  (925) 933-7777 - telephone
   (925) 933-7804 - facsimile
5
   Attorneys for Plaintiff NORTHERN
6  STATES ELECTRIC

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10  NORTHERN STATES ELECTRIC, a ) Case No. C08-05171
    California corporation, and the UNITED )
11  STATES, for the use of NORTHERN ) STIPULATION TO CONTINUE CASE
    STATES ELECTRIC, a California ) MANAGEMENT CONFERENCE
12  Corporation, )
                                          )
13              Plaintiffs                )
                                          )
14  vs.                                   )
                                          )
15  PAGE CONSTRUCTION COMPANY, a )
    California Corporation, ST. PAUL      )
16  TRAVELER'S, and DOES 1 through 10, )
    inclusive.                            )
17                                        )
                Defendants                )
18                                        )

19

20         Plaintiff Northern States Electric and Defendants Page Construction Company and

21  St. Paul Traveler's, by and between their respective counsel, hereby request a continuance of

22  certain upcoming dates scheduled before the Honorable Charles R. Breyer of the United

23  States District Court: the January 15, 2010 Case Management Conference; the March 1,

24  2010 Pre-Trial Conference; and the March 15, 2010 Trial date.

25         The parties ask for this continuance because they recently attended a mediation in

BOLD, POLISNER, MADDOW,
NELSON & JUDSON
A PROFESSIONAL CORP.
SUITE 325
500 YGNACIO VALLEY ROAD
WALNUT CREEK, CA 94596
PHONE 925-933-7777
FAX 925-933-7804

NSE v. Page Construction, et al.
Case No: C08-05171

Page 1

BOLD, POLISNER, MADDOW,
NELSON & JUDSON
A PROFESSIONAL CORP.
SUITE 325
500 YGNACIO VALLEY ROAD
WALNUT CREEK, CA 94596
PHONE 925-933-7777
FAX 925-933-7804

this case, at which the parties agreed to pursue an alternative remedy and stay the litigation before this court. Page has agreed to file an equitable adjustment claim with the United States Government on behalf of NSE and with the assistance of NSE.

NSE has forwarded claim documents to Page, which is in the process of reviewing those documents. The parties hope to have the claim submitted to the United States Government by February 1, 2010, but do not expect to have a response until approximately April 15, 2010. In an effort to pursue this alternative remedy, the parties stipulate to continue the Case Management Conference, Pre-Trial Conference, and Trial Date to a later date. The parties stipulate to continue the Case Management Conference to April 23, 30, or May 7, 2010, at which time new Pre-Trial Conference and Trial Dates can be set.

Date:   January 5, 2010     BOLD, POLISNER, MADDOW, NELSON, & JUDSON

By:    /s/
     Sharon M. Nagle
     Attorneys for Northern States Electric

Date: January 5, 2010     MCINERNEY & DILLON

By:    /s/
     LeCarie S. Whitfield
     Attorneys for Page Construction and
     Travelers Casualty and Surety Company
     of America

**ORDER**

PURSUANT TO STIPULATION, the Case Management Conference set for January 15, 2010 is continued to  April 23,    , 2010. The Pre-Trial Conference of March 1, 2010 and Trial Date of March 15, 2010 are hereby vacated.

Dated:  January 8    , 2009     By: _____
     United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

NSE v. Page Construction, et al.
Case No: C08-05171