CRAIG L. JUDSON - 114926
SHARON M. NAGLE - 179124
Bold, Polisner, Maddow, Nelson & Judson
A Professional Corporation
500 Ygnacio Valley Road, Suite 325
Walnut Creek, CA 94596
(925) 933-7777 - telephone
(925) 933-7804 - facsimile

Attorneys for Plaintiff NORTHERN
STATES ELECTRIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN STATES ELECTRIC, a California corporation, and the UNITED STATES, for the use of NORTHERN STATES ELECTRIC, a California Corporation,<br><br>          Plaintiffs<br><br>vs.<br><br>PAGE CONSTRUCTION COMPANY, a California Corporation, ST. PAUL TRAVELER'S, and DOES 1 through 10, inclusive.<br><br>          Defendants | Case No. C08-05171<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

      Plaintiff Northern States Electric and Defendants Page Construction Company and St. Paul Traveler's, by and between their respective counsel, hereby request a continuance of the April 23, 2010 Case Management Conference scheduled before the Honorable Charles R. Breyer of the United States District Court.

      The parties ask for this continuance because they recently attended a mediation in this case, at which the parties agreed to pursue an alternative remedy and stay the litigation

BOLD, POLISNER, MADDOW,
NELSON & JUDSON
A PROFESSIONAL CORP.
SUITE 325
500 YGNACIO VALLEY ROAD
WALNUT CREEK, CA 94596
PHONE 925-933-7777
FAX 925-933-7804

NSE v. Page Construction, et al.
Case No: C08-05171

Page  1

before this court. Page has agreed to file equitable adjustment claims with the United States Government on behalf of NSE and with the assistance of NSE.

Some claims have been submitted to the United States Government, which has resulted in a revised change order and payment to NSE (thereby reducing the amount in controversy). In addition, Page discovered an accounting error, which was rectified by an additional payment to NSE. The parties are in the process of preparing additional equitable adjustment claims and hope to have those submitted to the United States Government shortly. In an effort to pursue this alternative remedy, the parties stipulate to continue the Case Management Conference to a later date. The parties stipulate to continue the Case Management Conference to June 25, July 2, or July 9, 1010.

Date:   April 7, 2010        BOLD, POLISNER, MADDOW, NELSON, & JUDSON

By: ____/s/____
   Sharon M. Nagle
   Attorneys for Northern States Electric

Date:   April 7, 2010        MCINERNEY & DILLON

By: ____/s/____
   LeCarie S. Whitfield
   Attorneys for Page Construction and
   Travelers Casualty and Surety Company
   of America

**ORDER**

PURSUANT TO STIPULATION, the Case Management Conference set for April 23, 2010 is continued to _____July 9_____, 2010.

Dated: ___April 14___, 2010   By: _____
                              United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

NSE v. Page Construction, et al.
Case No: C08-05171