1  CRAIG L. JUDSON - 114926
   SHARON M. NAGLE - 179124
2  Bold, Polisner, Maddow, Nelson & Judson
   A Professional Corporation
3  500 Ygnacio Valley Road, Suite 325
   Walnut Creek, CA 94596
4  (925) 933-7777 - telephone
   (925) 933-7804 - facsimile
5
   *Attorneys for Plaintiff NORTHERN STATES ELECTRIC*
6
   TIMOTHY L. MCINERNEY - 124807
7  LECARIE S. WHITFIELD - 192186
   McInerney & Dillon, P.C.
8  1999 Harrison Street, Suite 1700
   Oakland, CA 94612
9  (510) 465-7100 - telephone
   (510) 465-8556 - facsimile
10
   *Attorneys for Defendants PAGE CONSTRUCTION, INC. and*
11 *ST. PAUL TRAVELER'S*

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15 NORTHERN STATES ELECTRIC, a          )   Case No. C08-05171
   California corporation, and the UNITED )         **ORDER**
   STATES, for the use of NORTHERN      )   ~~JOINT STATUS REPORT AND~~
16 STATES ELECTRIC, a California        )   ~~STIPULATION~~ TO CONTINUE CASE
   Corporation,                         )   MANAGEMENT CONFERENCE
17                                      )
             Plaintiffs                 )
18 vs.                                  )
                                        )
19 PAGE CONSTRUCTION COMPANY, a         )
   California Corporation, ST. PAUL     )
20 TRAVELER'S, and DOES 1 through 10,   )
   inclusive.                           )
21                                      )
             Defendants                 )
22 _____)

23     Plaintiff Northern States Electric and Defendants Page Construction Company and

24 St. Paul Traveler's, by and between their respective counsel, hereby request a continuance of

25 the September 10, 2010 Case Management Conference scheduled before the Honorable

NSE v. Page Construction, et al.
Case No: C08-05171

Page 1

1  Charles R. Breyer of the United States District Court.

2      The parties ask for this further continuance for the following reasons:

3      a.    Based on the parties' agreement reached at mediation, Page
4  Construction has been pursuing equitable adjustment claims with the United States
5  Government (National Guard) on behalf of NSE and with the assistance of NSE.

6      b.    The contractually required equitable adjustment proceedings have
7  resulted in the parties settling a majority of the sixteen (16) change order claims NSE has
8  presented in this action.

9      c.    As of August 20, 2010, the National Guard notified Page
10 Construction that it (National Guard) had completed the necessary paperwork and was
11 awaiting Congressional funding on the negotiated claims.

12     As the parties are continuing to work together to resolve their differences through
13 this contractually required procedure, we request that the case management conference be
14 continued to allow the equitable adjustment process to be completed.  In a joint effort to
15 pursue this alternative remedy, the parties stipulate to continue the Case Management
16 Conference to a later date.  The parties stipulate to continue the Case Management
17 Conference to November 12, 19 or December 3, 2010.

18 Date:  August 30, 2010    BOLD, POLISNER, MADDOW, NELSON, & JUDSON
19

20     By: _____/s/_____
    Sharon M. Nagle
21     Attorneys for Northern States Electric

22 Date:  August 30, 2010    MCINERNEY & DILLON
23

24     By: _____/s/_____
    LeCarie S. Whitfield
25     Attorneys for Page Construction and St. Paul Travelers

NSE v. Page Construction, et al.
Case No: C08-05171

1
2  **ORDER**

3  PURSUANT TO STIPULATION, the Case Management Conference set for September 10,

4  2010 is continued to _____ November 12 _, 2010.

5
6  Dated:  __September 01_, 2010         By: _____
                                               Honorable Charles R. Breyer
7                                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Charles R. Breyer

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NSE v. Page Construction, et al.
Case No: C08-05171

Page  3