1 | CRAIG L. JUDSON - 114926
SHARON M. NAGLE - 179124
2 | Bold, Polisner, Maddow, Nelson & Judson
A Professional Corporation
3 | 500 Ygnacio Valley Road, Suite 325
Walnut Creek, CA 94596
4 | (925) 933-7777 - telephone
(925) 933-7804 - facsimile
5

*Attorneys for Plaintiff NORTHERN STATES ELECTRIC*

6

7 | TIMOTHY L. MCINERNEY - 124807
LECARIE S. WHITFIELD - 192186
McInerney & Dillon, P.C.
8 | 1999 Harrison Street, Suite 1700
Oakland, CA 94612
9 | (510) 465-7100 - telephone
(510) 465-8556 - facsimile
10

*Attorneys for Defendants PAGE CONSTRUCTION, INC. and*
11 | *ST. PAUL TRAVELER'S*

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| NORTHERN STATES ELECTRIC, a California corporation, and the UNITED STATES, for the use of NORTHERN STATES ELECTRIC, a California Corporation,<br><br>    Plaintiffs<br>vs.<br><br>PAGE CONSTRUCTION COMPANY, a California Corporation, ST. PAUL TRAVELER'S, and DOES 1 through 10, inclusive.<br><br>    Defendants | Case No. C08-05171<br><br>JOINT STATUS REPORT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PRESENTLY SCHEUDLED FOR NOVEMBER 19, 2010, FOR A PERIOD OF 90 DAYS TO ALLOW PARTIES TO CONDUCT FURTHER ADR SESSION; PROPOSED ORDER |

23 | Plaintiff Northern States Electric and Defendants Page Construction Company and

24 | St. Paul Traveler's, by and between their respective counsel, hereby request a continuance of

25 | the November 19, 2010 Case Management Conference scheduled before the Honorable

NSE v. Page Construction, et al.
Case No: C08-05171

1  Charles R. Breyer of the United States District Court.

2      The parties ask for this further continuance for the following reasons:

3          a.    The parties have pursued and completed contractually required

4  equitable adjustment of claims with the United States Government (National Guard) on

5  behalf of NSE.  The contractually required equitable adjustment proceedings have resulted

6  in the parties settling a majority of the sixteen (16) change order claims NSE has presented

7  in this action.   The National Guard issued a change order to Page Construction, who in turn

8  issued a change order to Northern States Electric and an additional payment of more than

9  $45,000.

10          b.    On November 9, 2010, Northern States Electric provided Page

11  Construction with an itemized list of work-related that it contends were not resolved in the

12  proceedings with the National Guard.  Northern States Electric has indicated that the value

13  of the remaining items is less than $64,000.  Page Construction is in the process of

14  reviewing that itemized list to formulate a response.

15          c.    At the original mediation session with mediator Fred Hertz, the

16  parties agreed to reconvene further mediation in the event the equitable adjustment

17  proceedings did not resolve this entire litigation.  The parties request a further continuance

18  of the case management conference to allow time to meaningfully participate in a second

19  mediation session.

20      In a joint effort to pursue alternative dispute resolutions for this litigation, the parties

21  stipulate to continuance of the Case Management Conference for at least 90 days to permit

22  the mediation session or sessions to be scheduled and meaningfully conducted.  The parties

23  request the continued Case Management Conference be scheduled on February 18, March 4

24  or 18, 2011.

25

NSE v. Page Construction, et al.
Case No: C08-05171

1    IT IS SO STIPULATED.

2   Date:  November 10, 2010           BOLD, POLISNER, MADDOW, NELSON, & JUDSON

3

4                                       By:  _____/s/_____
                                              Sharon M. Nagle
5                                             Attorneys for Northern States Electric

6   Date:  November 10, 2010           MCINERNEY & DILLON

7

8                                       By:  _____/s/_____
                                              LeCarie S. Whitfield
9                                             Attorneys for Page Construction and St. Paul Travelers

10

11

12

13

14
                              **ORDER**
15
    PURSUANT TO STIPULATION, the Case Management Conference set for November 19,
16
    2010 is continued to  February 18  , 2011.
17

18
    Dated:  November 16 , 2010          By:  _____
19                                            Honorable Charles R. Breyer
                                              UNITED STATES DISTRICT JUDGE
20
                                        IT IS SO ORDERED
21                                      Judge Charles R. Breyer

22

23

24

25

NSE v. Page Construction, et al.
Case No: C08-05171