|   |   |
|---|---|
| 1 | LECARIE S. WHITFIELD - 192186 |
|   | TIMOTHY L. MCINERNEY - 124807 |
| 2 | McInerney & Dillon, P.C. |
|   | 1999 Harrison Street, Suite 1700 |
| 3 | Oakland, CA 94612 |
|   | (510) 465-7100 - telephone |
| 4 | (510) 465-8556 - facsimile |

*Attorneys for Defendants PAGE CONSTRUCTION, INC. and TRAVELER'S CASUALTY & SURETY COMPANY OF AMERICA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHERN STATES ELECTRIC, a California corporation, and the UNITED STATES, for the use of NORTHERN STATES ELECTRIC, a California Corporation, | ) ) ) ) ) | Case No. C08-05171 **ORDER** ~~NOTICE OF SETTLEMENT AND REQUEST~~ TO VACATE FURTHER CASE MANAGEMENT CONFERENCE |
| Plaintiffs | ) | CMC DATE: MARCH 25, 2011 |
| vs. | ) | |
| PAGE CONSTRUCTION COMPANY, a California Corporation, TRAVELER'S CASUALTY AND SURETY COMPANY OF AMERICA, and DOES 1 through 10, inclusive. | ) ) ) ) ) | |
| Defendants | ) | |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

On March 22, 2011, the entire case was settled as to all parties, through alternative dispute resolutions procedures. The settlement is unconditional and by its terms, a dismissal with prejudice of this entire action as to all parties and claims for relief will be filed by plaintiff not later than 15 days after this settlement.

Respectfully and in light of this settlement, it is requested that the Court vacate the upcoming case management conference scheduled for this Friday, March 25, 2011. Instead, it is requested that this case be rescheduled to a future date on which the parties are required

NSE v. Page Construction, et al.
Case No: C08-05171

Page 1

1 to show cause why the dismissal has not been filed or, if the dismissal has been filed, then
2 the case will be automatically closed by the clerk and a further appearance will be moot.
3     The undersigned agreed to provide notice of the settlement to the Court and to
4 request vacation of the March 25, 2011 conference.  Plaintiff and its counsel do not object to
5 this notification of settlement or the request to continue the case management conference.
6     Respectfully submitted,
7 Date:   March 22, 2011          MCINERNEY & DILLON

By: _____/s/_____
LeCarie S. Whitfield
Attorneys for Page Construction Company and Travelers Casualty and Surety Company of America

NSE v. Page Construction, et al.
Case No: C08-05171

Page 2

1

2 **ORDER**

3 PURSUANT TO STIPULATION, the Case Management Conference set for September 10,

4 2010 is continued to _____May 13, 2011___, 2010.

5

6 Dated: _March 23, 2011_, 2010         By: _____
                                              Honorable Charles R. Breyer
7                                             UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

NSE v. Page Construction, et al.
Case No: C08-05171

Page 3